CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RAFAEL ARROYO, | Case: 8:21-cv-00082-JLS-DFM |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| AYRES-ANAHEIM, L.P., a Delaware Limited Partnership and Does 1-10, | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Ayres-Anaheim, L.P. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 20, 2021       CENTER FOR DISABILITY ACCESS

                  By:    /s/ Amanda Seabock
                         Amanda Seabock
                         Attorneys for Plaintiff